1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 | Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
4 | Special Assistant United States Attorney

*E-Filed 7/20/09*

5 | 333 Market Street, Suite 1500
San Francisco, California 94105
6 | Telephone: (415) 977-8943
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VENADA VANCE THOMAS, ) | |
| ) | CIVIL NO. C 08-05769 RS |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER FOR |
| ) | ADDITIONAL TIME TO RESPOND TO |
| MICHAEL J. ASTRUE, ) | PLAINTIFF'S COMPLAINT |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner shall have an additional 30-days in which to respond to Plaintiff's motion for summary judgment.

This request is sought on the following grounds: the Special Assistant United States Attorney for the Commissioner sprained her ankle and unexpectedly missed work during the month of June. During this time, she has also been working on an appellate brief, and has had numerous cases reassigned from 3 attorneys on very short notice, 2 have left the Commissioner's regional office and 1 has gone on unexpected and indefinite medical leave. Due to this combination of factors, the undersigned attorney

///

///

///

for the Commissioner has been unable to complete the responsive brief within the time granted by the Court, and will not be able to complete it until July 29, 2009.


Dated:   June 29, 2009                    /s/ *James Hunt Miller*
                                                  *(As authorized on June 29, 2009)*
                                                 JAMES HUNT MILLER
                                                 Attorney for Plaintiff


                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney


Dated:   June 29, 2009        By:       /s/ *Elizabeth Firer*
                                                 ELIZABETH FIRER
                                                 Special Assistant United States Attorney


       PURSUANT TO STIPULATION, IT IS SO ORDERED that the Commissioner shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary Judgment.


Dated:   7/20/09                          _____
                                                 RICHARD SEEBORG
                                                 United States Magistrate Judge