IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VENADA VANCE THOMAS,

    Plaintiff,

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

No. C 08-05769 RS

**ORDER REQUESTING FURTHER BRIEFING**

Pending before the Court is plaintiff's counsel's petition for attorney's fees pursuant to 42 U.S.C. § 406(b). The Court hereby requests supplemental briefing on the following questions:

1. Aside from Exhibit B, which does not appear to be a valid contingent-fee agreement, has plaintiff executed a retainer agreement that addresses fees in this case? If so, counsel is instructed to file the agreement for review (under seal, if necessary).

2. What authority within the Ninth Circuit supports counsel's proposal to use the "lodestar" approach for evaluating the reasonableness of the requested award, in the absence of a pre-existing contingent-fee agreement?

The supplemental brief must be filed <u>within seven days of this order, and must be limited to two written pages</u>. Counsel is instructed not to repeat arguments already stated.

IT IS SO ORDERED.

Dated: 7/3/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 08-05769 RS
ORDER